**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Ranhee Lee, Esq. (Bar No. 330979)
rlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Boulevard, #115
Culver City, CA 90232
Telephone:  (310) 396-0731
Fax:           (310) 399-7040

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GONZALEZ; CATALINA PEREZ GONZALEZ; EVELYN Y. GONZALEZ, JOSE ARMANDO GONZALEZ individually and as successors in interest of JOSE JAVIER GONZALEZ, deceased,<br><br>            Plaintiffs,<br>     vs.<br><br>COUNTY OF SAN BERNARDINO JUAN FRIES, FERNANDO FIGUEROA, and DOES 3-10,<br><br>            Defendants. | Case No.:  5:20-cv-1363-HDV-SP<br><br>[Hon. Judge Hernán D. Vera]<br><br>**JOINT NOTICE OF SETTLEMENT PENDING CONSUMMATION OF AGREEMENT AND REQUEST TO KEEP THE DATES VACATED** |

**TO THIS HONORABLE COURT**:

**PLEASE TAKE NOTICE THAT** the parties hereby submit the following Notice of Settlement and request to vacate all discovery cutoff dates, keep all the pretrial conferences and trial dates vacated and stay all proceedings in the anticipation of the consummation of the terms of the settlement.

WHEREAS, the Court issued an order on June 23, 2023 that all discovery cutoff dates remain in effect; all law and motion hearing dates are vacated; and all pretrial conferences and trial dates currently set for dates earlier than January 1, 2024 are vacated [Dkt 69];

WHEREAS, the instant case's pretrial conference and trial dates are currently set for November 13, 2023 and November 28, 2023 which is earlier than January 1, 2024;

WHEREAS, the parties have reached a settlement that resolves this case in its entirety and are waiting for the terms of the settlement agreement to be consummated.

Accordingly, the parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates and stay all proceedings pending the consummation of the terms of the settlement. The parties anticipate filing the stipulation of dismissal of the case within 30 days from today.

///
///
///

| | | |
|---|---|---|
| DATED: | June 23, 2023 | LAW OFFICES OF DALE K. GALIPO<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP |
| | | By: */s/ Dale K. Galipo* [1]<br>Dale K. Galipo, Esq.<br>Michael D. Seplow, Esq.<br>Ranhee Lee, Esq.<br>*Attorneys for Plaintiffs* |
| | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| DATED: | June 23, 2023 | By: */s/ Matthew P. Harrison*<br>Matthew P. Harrison, Esq.<br>Michelle Soto, Esq.<br>Attorneys for Defendants |

---

[1] Pursuant to L.R.5-4.3.4(2)(i), I, Dale K. Galipo, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.