Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
9415 Culver Boulevard, #115
Culver City, CA 90232
Telephone: (310) 396-0731
Fax: (310) 399-7040

Dale K. Galipo, SBN 144074
*dalekgalipo@yahoo.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO H. GONZALEZ, CATALINA PEREZ GONZALEZ, EVELYN Y. GONZALEZ, and JOSE ARMANDO GONZALEZ individually and as successors in interest of JOSE JAVIER GONZALEZ, deceased, <br><br> PLAINTIFFS, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, JUAN FRIES, FERNANDO FIGUEROA, and DOES 3-10. <br><br> Defendants. | **CASE NO:** 5:20-cv-01363-HDV-SP <br> [Honorable Judge Hernán D. Vera] <br><br> **STIPULATION FOR DISMISSAL** |

*///*

1

STIPULATION FOR DISMISSAL

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their respective attorneys of records, have reached a settlement in this matter and hereby stipulate and respectfully request that the Court order the dismissal of the entire above - entitled action with prejudice. Each party will bear their own costs and fees.

Dated: July 26, 2023         LAW OFFICES OF DALE K. GALIPO
                             SCHONBRUN SEPLOW HARRIS
                             HOFFMAN & ZELDES LLP

                             By:    /s/ Dale K. Galipo[1]
                                    Dale K. Galipo, Esq.,
                                    Michael D. Seplow, Esq.,
                                    Ranhee Lee, Esq.,
                                    Attorneys for Plaintiffs

Dated: July 26, 2023         LEWIS BRISBOIS BISGAARD & SMITH LLP

                             By:    /s/ Matthew P. Harrison
                                    Matthew P. Harrison, Esq.,
                                    Michelle Soto, Esq.,
                                    *Attorneys for Defendants*
                                    *County of San Bernardino Juan Fries,*
                                    *and Fernando Figueroa*

---

[1] Pursuant to L.R. 5-4.3.4(2)(i), I, Dale K. Galipo, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.