JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO H. GONZALEZ, CATALINA PEREZ GONZALEZ, EVELYN Y. GONZALEZ, and JOSE ARMANDO GONZALEZ individually and as successors in interest of JOSE JAVIER GONZALEZ, deceased,<br><br>PLAINTIFFS,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, JUAN FRIES, FERNANDO FIGUEROA, and DOES 3-10.<br><br>Defendants. | CASE NO:  5:20-cv-01363-HDV-SP<br><br>**ORDER ON STIPULATION [73] FOR DISMISSAL** |

///

**ORDER**

Having reviewed the parties' joint stipulation for dismissal and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against all Defendants is dismissed, with prejudice, in its entirety. Each party will bear their own costs and fees.

Dated: July 28, 2023        _____

Honorable Judge Hernán D. Vera
UNITED STATES DISTRICT JUDGE